**Order entered October 23, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00507-CR

### KYLE HAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 3
### Dallas County, Texas
### Trial Court Cause No. MA15-35636-C

## ORDER

Before the Court is appellant's October 22, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before November 2, 2018.

/s/     CRAIG STODDART
          JUSTICE